**UNITED STATES DISTRICT COURT**  JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD T. CABACCANG,<br><br>Petitioner,<br>v.<br><br>CYNTHIA ENTZEL, Warden,<br><br>Respondent. | Case No. ED CV 17-02387 AG (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Habeas Petition for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: December 15, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE